Filing # 115951002 E-Filed 11/02/2020 08:33:49 AM



EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2018 CA 002077

KINGDOM OF SWEDEN,

    Plaintiff,

v.

ANNELI MARIA NYSTRAND BALDWIN a/k/a
ANNELI NYSTRAND MAGEE,

    Defendant.

SUMMARY FINAL JUDGMENT

THIS ACTION came before this Court on October 26, 2020 on Plaintiff's Renewed Motion for Summary Judgment against Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE, and the Court having heard argument of counsel and being otherwise advised in the Premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, KINGDOM OF SWEDEN, shall recover from Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE, the amount of $162,704.81 plus court costs of $491.00, making a total of $163,195.81, that shall bear interest at the legal rate of 5.37%, said rate to be adjusted January 1, 2021 and annually thereafter pursuant to Florida Statutes §55.03, for which let execution issue forthwith. The Court reserves jurisdiction to award Plaintiff further costs and reasonable attorney's fees in connection with this cause.

ORDERED in Leon County, Florida this 2 day of Nov, 2020.

                                                       CIRCUIT JUDGE

**Copies furnished to:**
Allison L. Friedman, Esq.
Ernest Mooney, Esq.
**Defendants' Address:**
Anneli Maria Nystrand Baldwin
2490 Laurelwood Ct.
Tallahassee, Florida 32308-4286
**Plaintiff's Address:**
Kingdom of Sweden
Centrala studiestödsnämnden (CSN)
Norra Tjärngatan 2
852 37 Sundsvall
Sweden