# U.S. Bankruptcy Court
## Northern District of Florida

In re:  
**ANNELI MARIAH NYSTRAND**  
Debtor

Bankruptcy Case No. **21-40006-KKS**

**ANNELI MARIAH NYSTRAND**  
Plaintiff  
v.  
**KINGDOM OF SWEDEN**  
Defendant

Adversary Proceeding No. **21-04003-KKS**

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Florida<br>110 E. Park Avenue, Ste. 100, Tallahassee, FL 32301 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or plaintiff if not represented.

| Name and Address of Plaintiff's Attorney |
|---|
| ANNELI MARIAH NYSTRAND<br>2490 LAURELWOOD COURT<br>TALLAHASSEE, FL 32308 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Traci E. Abrams

Clerk, U.S. Bankruptcy Court

**Date Filed: 04/19/2021**  
The enclosed Certificate of Service must be filed with the court after service has been made on the parties.

CSD 3007

## CERTIFICATE OF SERVICE

I, _Anneli M. Nystrand_ , certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _4/27/2021_ by:
(date)

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

1. To Kingdom of Sweden, Centrala Studiestödsnämnden (CSN), Norre Tjarngatan 2, 852 37 Sundsvall, Sweden via Priority Mail International, Tracking No. _CH132417833 US_

2. To Allison L. Friedman, P.A. / Ernest Mooney, 20533 Biscayne Blvd. Ste 4-435, Miami, FL 33180, via Priority Mail 2-Day, Tracking No. 9410 8036 9930 0136 0609 63

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_4/27/2021_                             _[signature]_
Date                                     Signature

| Print Name | Anneli M. Nystrand |
| --- | --- |
| Business Address | 2490 Laurelwood Court |
| City | Tallahassee   State FL   Zip 32308 |



USPS Customs Declaration and Dispatch Note

CH132417833US

Kingdom of Sweden

Norte Direccion 2



## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

Signature Confirmation™:
9410 8036 9930 0136 0609 63

| | |
|---|---|
| Trans. #: 531647093 | Priority Mail® Postage: $7.95 |
| Print Date: 04/28/2021 | Signature Confirmation: $2.70 |
| Ship Date: 04/28/2021 | (Electronic Rate) |
| Expected Delivery Date: 04/29/2021 | Total: $10.65 |

From:  ANNELI NYSTRAND
       2490 LAURELWOOD CT
       TALLAHASSEE FL 32308-4286

To:    ALLISON L FRIEDMAN, P.A.
       ERNEST MOONEY
       20533 BISCAYNE BLVD STE 4-435
       MIAMI FL 33180-1529

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re:  Anneli Nystrand, Debtor      CASE NO.: 21-400006-KKS
                                                                            CHAPTER 7

Anneli Nystrand                                ADV. NO.: 21-04003

           Plaintiff,

v.

Kingdom of Sweden.

           Defendant.
_____/

## AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBTS BASED ON UNDUE HARDSHIP

Plaintiff, Anneli Nystrand, pro se, files this Amended Complaint pursuant to 11 U.S.C. s. 523(a)(8), and its civil analog, 28 U.S.C., s. 2201, and alleges the following in support of the requested relief:

### JURISDICTION

1. This is an adversary proceeding in which Plaintiff is seeking discharge of the debt to the Kingdom of Sweden as stated in the Summary Final Judgment of *Kingdom of Sweden v. Anneli Maria Baldwin*, Case No. 2018-CA-2077, Second Judicial Circuit Court, Leon County, Florida.

1

2. This court has jurisdiction pursuant to 28 U.S.C. ss. 157 and 1334, and this matter arises and is related to a bankruptcy case filed in this district.

## BACKGROUND

3. Plaintiff is a 56-year-old single mother residing in Tallahassee, Florida with her 13-year-old daughter. Plaintiff's daughter resides with Plaintiff 100% of the time since August 2020.

4. Plaintiff was born in Karlskoga, Sweden in 1964 and arrived in Fort Lauderdale, Florida in 1984 after high school to work as a nanny. Plaintiff did not attend college in Sweden.

5. Plaintiff became a United States permanent resident in 1986.

6. In 1990, Plaintiff attended Miami-Dade Community College in Miami, Florida. Upon completion of her A.A. degree, Plaintiff received a 2-year academic scholarship to University of Miami's undergraduate school.

7. Plaintiff graduated from University of Miami in 1993 and was accepted to University of Miami School of Law in August 1993.

8. Plaintiff graduated from the University of Miami School of Law in 1995 with approximately $60,000 in United States Department of Education (hereinafter "ED") student loans.

9. Plaintiff passed the Florida Bar exam in 1996 and moved to Tallahassee, Florida to work as an attorney for the Florida Department of Banking and Finance.

10. On or about 1999, Plaintiff became a United States citizen. Plaintiff married in 2004 and subsequently owned and operated a masonry construction company from 2004 to 2012 with her husband. In December 2007, Plaintiff gave birth to a daughter.

11. On or about 2010, Plaintiff had paid off in full the $60,000 ED law school student debt loan.

12. Plaintiff divorced in January 2013 at age 48, purchased a $150,000 townhouse for her and her daughter to reside in, and began looking for employment.

13. Plaintiff applied for more than 200 attorney positions in Florida in 2013 and 2014, including both State and private law firm positions. Plaintiff did not receive a single interview.

14. In early 2015, Plaintiff had been unemployed for almost 2 years, had depleted her savings and retirements funds, and was receiving SNAP benefits, "food stamps", for her daughter.

3

15. Having been employed in the restaurant industry during college, Plaintiff began applying for management positions with restaurants and fast-food franchises, including McDonald's, Roadhouse Grill, and The Waffle House.

16. Plaintiff received an employment offer for a management position with the Waffle House in Tallahassee, Florida. Plaintiff accepted the job offer with an annual salary of $45,000.

17. Subsequent to her divorce, due to Plaintiff's financial difficulties as a result of being unemployed and also having lost a court action in 2014 against her ex-husband involving a $450,000 mortgage related to a Carrabelle coastal property Plaintiff's ex-husband had purchased in her name during their marriage, Plaintiff's credit rating was below 600. This debt is included in Plaintiff's related chapter 7 bankruptcy, case number 21-400006-KKS.

18. Due to Plaintiff's poor credit rating, The Waffle House withdrew their employment offer based on company policy requiring a certain credit rating for employees having "key privileges".

19. Facing homelessness, in May 2015 Plaintiff posted a plea on her Facebook page for any available employment. Plaintiff received a message from a local mortgage lender who was hiring for an assistant.

20. Plaintiff accepted the assistant position and was employed at University Lending Group for 1 year earning $30,000/year. Plaintiff subsequently

4

worked for Thurman Law Firm 2016-2017, earning $39,000/year, and for the Law Office of Lee Meadows from 2017-2018, earning $50,000/year.

## LAWSUIT BY KINGDOM OF SWEDEN

21. On or about September 20, 2018, the Kingdom of Sweden, (hereinafter "Sweden"), filed a lawsuit against Plaintiff in Leon County Circuit Court for alleged unpaid student loans and interest for the years 1991 to 1997 in an amount exceeding $150,000. See Exhibit "A" hereto.

22. Plaintiff vigorously defended against the lawsuit for more than two (2) years until November 2, 2020, when Sweden was granted Summary Final Judgment.

## PLAINTIFF'S CURRENT FINANCIAL SITUATION

23. In December 2018, Plaintiff started a law firm, Nystrand Law, LLC. On June 30, 2019, Nystrand Law entered into a contract for the fiscal year 2019-2020 with the Judicial Administrative Commission (hereinafter "JAC") to accept court-appointed civil and criminal cases in the Second Judicial Circuit of Florida.

24. As of December 31, 2020, Plaintiff actively represented approximately 70 clients, including parents, juvenile delinquents, and persons accused of misdemeanor crimes. The JAC pays $800 for each dependency client, $500 for each misdemeanor client, and $375 for each juvenile delinquency client.

25. Plaintiff earned approximately $20,000 in 2019.

26. Plaintiff's 2020 tax return has not yet been completed, however, Nystrand Law's gross earnings from the JAC were approximately $46,000 before taxes and expenses in 2020.

27. From 2016 until the COVID-19 pandemic in March 2020, Plaintiff supplemented her attorney income by renting out her townhouse on Airbnb.com on the weekends while staying in a 288 square foot "she shed" on her property.

28. Plaintiff has no savings or retirement accounts.

29. Plaintiff has current student loans with the ED in the amount of approximately $50,000 incurred 2016-2018 while a graduate student at the University of West Florida. These loans are in are in good standing and become payable in September 2021.

30. Nystrand Law, LLC., received a $15,000 EIDL loan in 2020 as a result of the COVID-19 pandemic. This loan is not dischargeable in Plaintiff's related chapter 7 bankruptcy, case number 21-400006-KKS, and becomes due for repayment in 2022.

31. Plaintiff has an IRS debt of approximately $15,000 related to interest and penalties for taking an early withdrawal of her retirement fund during her

unemployment in 2014. This debt is not dischargeable in Plaintiff's related chapter 7 bankruptcy, case number 21-400006-KKS, and is past due.

32. Plaintiff is 56 years-old-with a 13-year-old dependent. It is unlikely that Plaintiff's future financial situation will improve based her age, prior income history, and current financial situation.

33. Plaintiff cannot pay the debt to Sweden while maintaining a minimal standard of living for her and her daughter. Payment of the debt to Sweden would impose an undue hardship on Plaintiff and her dependent.

WHEREFORE, Plaintiff, Anneli Nystrand, respectfully requests that this honorable Court:

1. Determine that in accordance with 11 U.S.C. s. 523 (a)(8), the payment of Plaintiff's debt to Sweden would impose an undue hardship on her and her dependent.

2. Determine that Plaintiff's debt to Sweden is discharged in her bankruptcy proceeding, case number 21-400006-KKS; and,

3. Grant such other relief this Court deems just and proper.

Dated: April 19, 2021

Respectfully submitted,

*Anneli Nystrand*
Anneli Nystrand
2490 Laurelwood Court
Tallahassee, Florida 32308
850-241-3914
anneli@nystrandlaw.com

K: 5509 PG: 1916   11/04/2020 at 10:05 AM GWEN MARSHALL, CLERK OF COURTS

Filing # 115951002 E-Filed 11/02/2020 08:33:49 AM

**EXHIBIT "A"**

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2018 CA 002077

KINGDOM OF SWEDEN,

　　Plaintiff,

v.                                                                  SUMMARY FINAL JUDGMENT

ANNELI MARIA NYSTRAND BALDWIN a/k/a
ANNELI NYSTRAND MAGEE,

　　Defendant.

THIS ACTION came before this Court on October 26, 2020 on Plaintiff's Renewed Motion for Summary Judgment against Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE, and the Court having heard argument of counsel and being otherwise advised in the Premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, KINGDOM OF SWEDEN, shall recover from Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE, the amount of $162,704.81 plus court costs of $491.00, making a total of $163,195.81, that shall bear interest at the legal rate of 5.37%, said rate to be adjusted January 1, 2021 and annually thereafter pursuant to Florida Statutes §55.03, for which let execution issue forthwith. The Court reserves jurisdiction to award Plaintiff further costs and reasonable attorney's fees in connection with this cause.

ORDERED in Leon County, Florida this 2 day of Nov, 2020.

_____
CIRCUIT JUDGE

Copies furnished to:
Allison L. Friedman, Esq.
Ernest Mooney, Esq.
**Defendants' Address:**
Anneli Maria Nystrand Baldwin
2490 Laurelwood Ct.
Tallahassee, Florida 32308-4286
**Plaintiff's Address:**
Kingdom of Sweden
Centrala studiestödsnämnden (CSN)
Norra Tjärngatan 2
852 37 Sundsvall
Sweden