# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re: Anneli Nystrand, Debtor　　　　ADV. Proc. No.: 21-04003-KKS

Anneli Nystrand

　　　　Plaintiff,

v.

Kingdom of Sweden.

　　　　Defendant.
_____/

## JOINT REPORT BY PLAINTIFF AND COUNSEL FOR DEFENDANT ON THE COURT'S INITIAL SCHEDULING ORDER DATED MAY 19, 2021

　　　　Plaintiff, Anneli Nystrand, and Defendant, Kingdom of Sweden, (hereinafter "Parties"), jointly file this Report pursuant to the May 19, 2021 Initial Scheduling Order, and state as follows:

1. The Parties met via Zoom video conferencing on June 18, 2021, to discuss the nature and basis of all claims and defenses, and a good faith attempt to identify the principal and legal issues in dispute, as well as deadlines and due pursuant to this Court's May 19, 2021 Initial Scheduling Order.

2. Based on the Parties discussion, the following was agreed upon:

a. **Legal Issues Identified:**

   i. Whether Plaintiff cannot maintain a minimal standard of living based on income and expenses if forced to repay the student loans.

   ii. Whether additional circumstances exist indicating that Plaintiff's state of affairs is likely to persist for a significant portion of the repayment period.

   iii. Whether Plaintiff is able to demonstrate that she made a good faith effort to repay her student loans.

b. **Final Judgment**: The parties do not object to this Court's entry of a final judgment.

c. **Settlement/Mediation:** Neither party believes the matter may be settled and do not believe mediation would be helpful

d. **Cut-off for Pleading Amendments, Joinder, Motions and Responses:** November 20, 2021

e. **Discovery:** Discovery shall be completed by November 1, 2021.

f. **Trial:** The parties estimate being ready for trial beginning **December 1, 2021**

g. **Discovery**: Due 1 month prior to trial: **Due Date: November 1, 2021**.

Dated: July 2, 2021	Respectfully submitted,

*Anneli Nystrand*
Anneli Nystrand
2490 Laurelwood Court
Tallahassee, Florida 32308
850-241-3914
anneli@nystrandlaw.com

s/Allison L. Friedman
Counsel for Defendant
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180
(305) 905-2679
ralfriedman@hotmail.com
Fla. Bar No.: 0055336