UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ANNELI MARIAH NYSTRAND,          CASE NO.: 21-40006-KKS
                                 CHAPTER: 7
    Debtor.
_____/

ANNELI MARIAH NYSTRAND,          ADV. NO.: 21-04003-KKS

    Plaintiff,

v.

KINGDOM OF SWEDEN,

    Defendant.
_____/

## ORDER SCHEDULING PRETRIAL AND TRIAL, AND SETTING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS

Having reviewed the Rule 26(f) Joint Report filed by the parties ("Report," ECF No. 16), and in accordance with Fed. R. Bankr. P. 1001, it is

ORDERED:

1) The Rule 26(f) Joint Report (ECF No. 16) is **APPROVED** as are all dates in that Report, unless changed by this Order.

NCM

2) A **STATUS** hearing shall be held by CourtCall on **November 16, 2021 at 10:00 AM (ET)**. The status hearing on August 31, 2021 will be held as scheduled.

3) A **PRE-TRIAL CONFERENCE** shall be held by CourtCall on **December 14, 2021 at 10:30 AM (ET)**, or as soon thereafter as the Court's calendar will allow.

4) A **TRIAL** shall be held **January 13, 2022 at 9:00 AM (ET)** either via Government Zoom© or at the U.S. Bankruptcy Court for the Northern District of Florida, Tallahassee Division, located at 110 East Park Avenue, Tallahassee, Florida 32301. The final location will be set by a separate notice or docket entry. A separate order is not required.

5) The parties must file and exchange all exhibits and witness lists, as well as a joint statement of undisputed facts, no later than five (5) business days prior to the commencement of trial. If the documents are not timely filed, the Court may cancel the trial.

6) The parties shall conclude discovery on or before **November 1, 2021**.

7) All potential dispositive motions, including motions for summary judgment, shall be filed on or before **November 20, 2021**; responses should be filed in accordance with N.D. Fla. LBR 9013-1.

8) The time, date, and location of any hearing may be changed by announcement made in open Court or by separate notice or docket entry.

DONE and ORDERED on  July 9, 2021                             .

                                        KAREN K. SPECIE
                                        Chief U.S. Bankruptcy Judge

cc: All interested parties.