FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Anneli Mariah Nystrand           Bankruptcy Case No.: 21–40006–KKS

Anneli Mariah Nystrand           Adversary Case No.: 21–04003–KKS
Plaintiff(s)

vs

Kingdom of Sweden
Defendant(s)

**Notice of Rescheduled Status Conference**
**via Telephone**

    PLEASE TAKE NOTICE that a Status Conference will be held on October 12, 2021, at 10:00 AM, Eastern Time, via CourtCall.

    *16* – Joint Report by Plaintiff and Counsel for Defendant on the Court's Initial Scheduling Order Dated May 19, 2021, filed by Anneli Mariah Nystrand. (Received by email) (Bolton, E.)

    PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: August 25, 2021                    FOR THE COURT
                                          Traci E. Abrams, Clerk of Court
                                          110 E. Park Ave., Ste. 100
                                          Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.