EXHIBIT "A"

## DECLARATION OF BOEL MAGNUSSON

I, Boel Magnusson, declare:

1. I have been employed by the Swedish Board For Study Support (hereinafter "CSN"), since 1998, and have been responsible for the repayment of student loans since 2007. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could competently testify as to the facts herein.

2. As part of my duties overseeing the repayment of student loans for CSN, I attempt to maintain contact with borrowers to attempt to ensure that they make their student loan repayments in a timely fashion and, where necessary, to attempt to work out alternative payment arrangements with borrowers if they having financial difficulties. I am also one of the persons responsible for CSN's computer systems, which among other functions, produces computer printouts which we call "Accounts of Debts", which break down in detail the amounts owing from borrowers to CSN on their student loans.

3. I have participated in the construction of CSN's computer systems, and am regularly involved in checking upon their operations. CSN regularly does sampling and testing of its computer operations to ensure that the data concerning student loans is accurate. CSN employs an accountant who exercises regular oversight over these processes, and there are also two external Swedish governmental agencies that frequently audit CSN's computer operations to make certain that there are no mistakes in the computer data. During my 22 years at CSN, I have never heard of mistakes being found in its computer records as a result of tests or audits performed by the accounts or by the external governmental agencies.

4. It is the regular practice of CSN to input data for borrowers into the computer database. The data contained in the Accounts of Debt are entered into the computer database at or near the time

of each event reflected, and are kept in the regular course of CSN's business. It is also the regular practice of CSN to prepare printouts of the data entries for the various borrowers.

5. I have reviewed the Account of Debt prepared for Anneli Maria Nystrand Baldwin a/k/a Anneli Nystrand Magee ("Nystrand"), which was prepared at my direction and consistent with the practices of CSN described above. A true and correct copy her Account of Debt is attached to this Declaration as Exhibit "A". I have reviewed each and every entry in the Account of Debt, and the information contained therein appears to me to be accurate in all respects.

6. Based upon the Account of Debt, Nystrand has never once made any payment toward her student loans.

7. In addition, Nystrand has never once contacted CSN to enter into any deferment of payment plan for her student loan obligation.

8. On November 20, 2020, CSN obtained entry of a Summary Final Judgment against Nystrand for the student loan debt in the amount of $163,195.81.

9. Since entry of the Summary Final Judgment, Nystrand has made no payments nor contacted CSN to arrange a payment plan.

**Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.**

Executed on October 22, 2021, at Sundsvall, Sweden.

_____
Boel Magnusson

2