Filing # 115951002 E-Filed 11/02/2020 08:33:49 AM        EXHIBIT 1.

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.   2018 CA 002077

KINGDOM OF SWEDEN,                          )
                                            )
        Plaintiff,                          )        SUMMARY FINAL JUDGMENT
                                            )
v.                                          )
                                            )
ANNELI MARIA NYSTRAND BALDWIN a/k/a         )
ANNELI NYSTRAND MAGEE,                      )
                                            )
        Defendant.                          )
                                            )

THIS ACTION came before this Court on October 26, 2020 on Plaintiff's Renewed Motion
for Summary Judgment against Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a
ANNELI NYSTRAND MAGEE, and the Court having heard argument of counsel and being
otherwise advised in the Premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff,
KINGDOM OF SWEDEN, shall recover from Defendant, ANNELI MARIA NYSTRAND
BALDWIN a/k/a ANNELI NYSTRAND MAGEE, the amount of $162,704.81 plus court costs of
$491.00, making a total of $163,195.81, that shall bear interest at the legal rate of 5.37%, said rate
to be adjusted January 1, 2021 and annually thereafter pursuant to Florida Statutes §55.03, for which
let execution issue forthwith.  The Court reserves jurisdiction to award Plaintiff further costs and
reasonable attorney's fees in connection with this cause.

ORDERED in Leon County, Florida this __2__ day of ___Nov___, 2020.

_____
CIRCUIT JUDGE

Copies furnished to:
Allison L. Friedman, Esq.
Ernest Mooney, Esq.
**Defendants' Address**:
Anneli Maria Nystrand Baldwin
2490 Laurelwood Ct.
Tallahassee, Florida 32308-4286
**Plaintiff's Address**:
Kingdom of Sweden
Centrala studiestodsnämnden (CSN)
Norra Tjarngatan 2
852 37 Sundsvall
Sweden

# EXHIBIT 2

**Budget - Anneli Nystrand**

| | |
|---|---|
| Gross income per month | 4,666.67 |
| Deductions | 834.15 |

**NET MONTHLY INCOME**      **3,932.52**

Monthly Expenses:

| | |
|---|---|
| Car | 340 |
| Car insurance | 145 |
| Gas | 140 |
| Car maintenance | 25 |
| Mortgage | 895 |
| Utilities (electricity, internet, water, garbage) | 350 |
| Homeowners Association dues | 95 |
| Home maintenance | 50 |
| Life insurance (Florida Bar) | 50 |
| Boost Mobile | 120 |
| Food/laundry | 700 |
| Medical expenses - self | 25 |
| Medical expenses - minor child | 300 |
| (Accutane, Depo-Provera, Counseling) | |
| Minor child other expenses | 100 |
| Student loans US Dept of Education (PSLF) | 515 |
| EIDL Loan | 75 |
| IRS | 100 |

**TOTAL MONTHLY EXPENSES**      **4,025**

**MONTHLY DEFICIT**      **(92.48)**

EXHIBIT 3



**STATE OF FLORIDA**
**JUSTICE ADMINISTRATION**
**EMPLOYEE EARNINGS STATEMENT**

ALTERATION OF THIS DOCUMENT FOR THE PURPOSES OF COMMITTING
FRAUD MAY RESULT IN CRIMINAL PROSECUTION AND/OR DISMISSAL

| ANNELI M NYSTRAND | | |
|---|---|---|
| Marital Status: H   Allowances: 0 | Pay Period: 11/1/2021 - 11/30/202 | |
| W4 Deductions Amt: 3000.00 | Pay Date = 11/30/2021 | |
| W4 Dependent Amt: 2000.00 | Retirement Code = CA | |
| W4 Multi Inc:   Oth Inc: 0.00 | EFT No. = 1153116 | |

| | THIS PAYMENT | YTD PAYMENTS |
|---|---|---|
| REGULAR WAGES | 4,666.67 | 42,242.43 |
| OTHER AMOUNTS: | | |
| ANNUAL LEAVE PAID | 0.00 | 1,406.25 |
| | --------------- | --------------- |
| TOTAL INCOME | 4,666.67 | 43,648.68 |
| LESS: | | |
| MEDICARE TAX | 65.82 | 619.94 |
| SOCIAL SECURITY | 281.44 | 2,650.78 |
| WITHHOLDING TAX | 119.59 | 1,818.01 |
| OTHER DEDUCTIONS | 267.30 | 2,203.58 |
| | --------------- | --------------- |
| NET PAY: | 3,932.52 | 36,356.37 |
| STATE HEALTH INS-EMPLOYER CONTRIB | 2,797.04 | 14,026.96 |
| STATE LIFE INS-EMPLOYER CONTRIB | 3.58 | 32.22 |
| ST DISB INS EMPLOYER CONTRIB | 0.00 | 13.05 |
| DEDUCTIONS: | | |
| 49 PTB STATE HEL INS-FT EMP'E CTRB | 51.66 | 213.36*** |
| 82 PEORP EMPLOYEE CONTRIBUTION | 140.00 | 1,309.46*** |
| 103 PRETAX DENTAL INSURANCE | 75.64 | 680.76*** |

\* Employer Not Required to Withhold Tax    \*\* Items Not in Net Pay    \*\*\* Tax Sheltered

EXHIBIT 4

**WELLS FARGO** Home Mortgage

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 11/05/21 |
| Loan number | 0432311546 |
| Payment date | 12/01/21 |
| Total payment amount | $895.98 |

If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. If you want to stop receiving statements, please write to us at the correspondence address listed on the statement.

Property address

2490 LAURELWOOD COURT
TALLAHASSEE FL 32308

Customer Service

ANNELI M NYSTRAND
PO BOX 12611
TALLAHASSEE, FL 32317-2611

- Online
  wellsfargo.com
- Correspondence
  PO Box 10335
  Des Moines IA 50306
- Payments
  PO Box 14507
  Des Moines IA 50306

- Telephone*
  1-800-274-7025
- Fax
  1-866-278-1179
- Hours of operation
  Mon - Fri 7 a.m. - 7 p.m. CT

*We accept telecommunications relay service calls

## Explanation of payment amount

| | |
|---|---|
| Principal | $331.12 |
| Interest | $305.16 |
| Escrow | $259.70 |
| Current payment 12/01/21 | $895.98 |
| Total payment amount | $895.98 |

## Account summary

| | |
|---|---|
| Unpaid principal balance | $112,672.82 |
| (This is not a payoff amount) | |
| Escrow balance | $2,437.06 |
| Interest rate | 3.250% |
| Maturity date (month/year) | 11/42 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $895.98 | $8,932.68 |
| Principal | $330.23 | $3,262.45 |
| Interest** | $306.05 | $3,100.35 |
| Escrow | $259.70 | $2,569.88 |
| Insurance disbursed (YTD) | | $791.00 |

*This total may include the Unapplied funds balance from the Account summary section
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

## Informational messages

Wells Fargo is committed to helping you navigate through the COVID-19 pandemic and its financial implications. Our resource page found on wellsfargo.com/mortgageassist is continually updated to provide the information you need to quickly and easily manage the mortgage. Thank you for being our customer, we are here to support you.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/04 | Payment    11/2021 | $895.98 | $330.23 | $306.05 | $259.70 | |
| 10/14 | Hazard ins refund | $74.00 | | | | $74.00 |

## Important messages

Effective 10/1/21, the United States Postal Service (USPS) will delay the delivery of some First-Class mail for up to 2 additional days. Please note that this may delay your receipt of mail from us and our receipt of mail from you (including mailed payments). Especially when mailing items to us via USPS, please take this change into account.

---

Please specify additional funds

ANNELI M NYSTRAND
PO BOX 12611
TALLAHASSEE, FL 32317

Loan number
0432311546
Payment date 12/01/21

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return the remittance coupon with your payment.

Online payments - wellsfargo.com

Check here and see reverse for address correction.

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other fee(s) | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

936 0432311546 0 100000895980093182008959800000000 00000000000000000000 4

EXHIBIT B

Tallahassee, FL

Sign in

| For Rent | Price | Beds & Baths | Houses, Town... | More: 1 |



## Tallahassee FL Cheap Apartments For Rent

27 results        Sort by:  Payment (Low to High) ⌄

11 days ago

### $725/mo
2 bds  1 ba  732 sqft - House for rent
310 Lewis St, Tallahassee, FL 32301

10 days ago

### $750/mo
2 bds  2 ba  720 sqft - House for rent
117 Great Lakes St, Tallahassee, FL 32305

Student Housing                    Sponsored

**The Social 1600**
New leases receive a Gift Card*
Starting at $410/person│shared unit
Learn More ↗

St Teresa

Map data ©2021 Google, INEGI



## $800/mo

1 bd  1 ba  640 sqft  - Townhouse for rent

2165 Sandpiper St, Tallahassee, FL 32303



## $950/mo

2 bds  2 ba  1,100 sqft  - Townhouse for rent

2289 Hartsfield Rd #2, Tallahassee, FL 32303



## $1,000/mo

2 bds  1 ba  693 sqft  - House for rent

1228 Elberta Dr, Tallahassee, FL 32304



## $1,150/mo

2 bds  2 ba  1,040 sqft  - House for rent

2896 Gulfwind Dr W, Tallahassee, FL 32303

EXHIBIT 6

# Cost of Living in Florida

Use Salary.com's Cost of Living Calculator to easily compare the **cost of living** in your current location to the **cost of living** in a new location. We use the **Consumer Price Index (CPI)** and salary **differentials** of over 300+ US cities to give you a comparison of costs and salary. Let us help you make an informed decision about what it will cost to live and work in the city of your dreams!

**About Florida**   Florida (/ˈflɒrɪdə/ (listen); Spanish for "land of flowers") is the southernmost contiguous state in the United States. The state is bordered to the w....**More**

The federal minimum wage is $7.25 per hour while Florida's state law sets the minimum wage rate at $10 per hour in 2021. Demands for a living wage that is fair to workers have resulted in numerous location-based changes to minimum wage levels. View future changes in the minimum wage in your location by visiting Minimum Wage Values in Florida ⊙ (https://www.salary.com/research/minimum-wage/florida)

YOUR CURRENT TITLE

🗎 *Enter a job title or keyword*

   YOUR CURRENT SALARY

   *Enter your current salary*

PRESENT LOCATION (WORK)

🌐 *Enter a city or zip code*

   NEW LOCATION (WORK)

   🌐 *Enter a city or zip code*

                                        Calculate

## Cost of Living Index in Major Cities of **Florida**

Cost of Living Index in Major Cities



A comparison of the **Cost of Living** indexes across major **Florida** Cities compared to the national average. The calculations are based on the total cost of energy, food, healthcare, housing and transportation, among other factors.

**Jacksonville, Florida** (/research/cost-of-living/jacksonville-fl)

COMPARED TO NATIONAL AVERAGE                      -7.4%

**Miami, Florida** (/research/cost-of-living/miami-fl)

COMPARED TO NATIONAL AVERAGE              + 11.6%

**Tampa, Florida** (/research/cost-of-living/tampa-fl)

COMPARED TO NATIONAL AVERAGE                      -5.6%

**Saint Petersburg, Florida** (/research/cost-of-living/saint-petersburg-fl)



**Santander**
CONSUMER USA

EXHIBIT 7

ANNELI NYSTRAND

2490 LAURELWOOD CT

TALLAHASSEE, FL 32308

### ACCOUNT INFORMATION

| | |
|---|---|
| Statement Date | 4/8/2020 |
| Account Number | 0020041515 |
| Account Status as of Statement Date | Current |
| Last Payment Made | 3/31/2020 |
| Monthly Payment | $339.58 |
| Past Due | $0.00 |
| Unpaid Fees and Charges | $16.97 |

### TOTAL AMOUNT DUE $356.55
by 4/28/2020

| | |
|---|---|
| Principal Balance | $9,354.35 |
| Estimated Payoff* by 4/8/2020 | $9,404.59 |

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

---

### ACCOUNT ALERTS
No valid work phone number, please update online.

---

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|---|---|---|---|---|---|---|
| 03/31/20 | Payment Made | ($339.58) | ($220.41) | ($119.17) | $0.00 | $0.00 |

©2017 Santander Consumer USA Inc. All rights reserved.

*Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227.*

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by calling 888.222.4227 to request the Auto Pay authorization form or by visiting MyAccount.SantanderConsumerUSA.com

Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account on our automated system at 888.222.4227

Pay by mail: Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633

*Please include your account number on your check or money order. Allow 5-7 days for delivery. Alternative payment options - See reverse side*

---

### SPECIAL OFFERS & MESSAGES

---

### PAYMENT COUPON    ↑    To receive proper credit, please detach and return with your payment, indicating the amount paid.    ↑



ANNELI NYSTRAND
2490 LAURELWOOD CT

TALLAHASSEE, FL 32308

To update your address and/or telephone information, please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633



| | |
|---|---|
| Total Amount Due | **$356.55** |
| Account Number | 0020041515 |
| Due Date | 4/28/2020 |
| | |
| Total Amount Enclosed | $ |

Paying Your Account Ahead - See reverse side

©2017 Santander Consumer USA Inc. All rights reserved.
SC-SER_40777-0_110217

5 000200415151000 00033958 00035655 5

EXHIBIT 8





ANNELI M. NYSTRAND
GREAT LAKES ID: 11-3851733

## Account Details

**WELCOME ANNELI**
**Stafford Loans**
U.S. DEPARTMENT OF EDUCATION (798581)
Balance: $50,408.94
Payment Reference Number: 113851733010203

## Not Currently Due

 **Your 2021 1098-E, which lists the amount of interest you paid on your Great Lakes student loans in 2021, will be available starting January 13, 2022.**

*Please note: Because loan payments were not required and interest rates were at 0% during 2021, your interest paid will likely be lower than in previous years.*

The interest on payments received by 5:00 p.m., Central time, December 31, 2021, will be included on your 2021 1098-E. The interest on payments received or scheduled after that time will appear on next year's statement.

Sign Up for Auto Pay

Although no payment is due at this time, you may continue to make payments on this account.

## Make a Payment »

## Balance & Status

| | |
|---|---|
| Principal: | $45,834.34 |
| Accrued Interest: | $4,574.60 |
| Total Balance as of Nov 19, 2021: | $50,408.94 |
| | Not a payoff amount. |
| Repayment Plan: | **Pay As You Earn** |
| Loan Term: | You chose a payment plan based on income rather than loan term. View your payment schedule for more information. |

view payment history | calculate payoff amount | view billing statement

## Loans in this Account

EXHIBIT 9



ANNELI M. NYSTRAND
GREAT LAKES ID: 11-3851733

GREAT LAKES

# Compare and Apply for Plans

Select

Currently all of your accounts are Income-Driven Repayment. Take a look at the standard repayment option estimates for those accounts.

## Standard Estimates for Accounts in IDR



**Please call us if you want to change plans for these accounts.**
- To change to one of these plans, you'll need to leave IDR. If you leave IDR there are some important facts to consider, including that your payments and your principal balance may increase.
- Remember that you can always pay more than your required monthly payment to reduce interest and pay off your loans faster.
- For more information, or to request a standard repayment plan, give us a call.

U.S. DEPARTMENT OF EDUCATION (798581) | Stafford Loans | $50,409 Balance

| Repayment Option | | Monthly Payment Estimated | Details |
|---|---|---|---|
| Pay As You Earn *(Pending Plan)* | | $515 | ▾ details |

| | Number of Payments | Monthly Payment |
|---|---|---|
| Total to Repay Estimated: -- | see payment schedule | $515 |
| Total Interest: Unavailable | | |
| Last Payment: $515 | | |

| Level | | $588 | ▾ details |
|---|---|---|---|

| | Number of Payments | Monthly Payment |
|---|---|---|
| Total to Repay Estimated: $65,218 | 111 | $588 |
| Total Interest: $14,809 | | |
| Payoff Date: 11/2032 | | |

| Graduated | | $422 | ▾ details |
|---|---|---|---|

DocuSign Envelope ID: 3102B72D-8E46-4

EXHIBIT 10

Doc # L-01-2552421-01

SBA Loan #~~5706697802~~

Application #~~3301837022~~

## U.S. Small Business Administration

Economic Injury Disaster Loan

## LOAN AUTHORIZATION AND AGREEMENT

Date: 05.30.2020 (Effective Date)

On the above date, this Administration (SBA) authorized (under Section 7(b) of the Small Business Act, as amended) a Loan (SBA Loan #5706697802) to Nystrand Law, LLC (Borrower) of 2707 Killarney Way, Ste. 205 Tallahassee Florida 32309 in the amount of fifteen thousand two hundred  and 00/100 Dollars ($15,200.00), upon the following conditions:

### PAYMENT

- Installment payments, including principal and interest, of $75.00 <u>Monthly</u>, will begin <u>Twelve (12) months</u> from the date of the promissory Note. The balance of principal and interest will be payable <u>Thirty (30) years</u> from the date of the promissory Note.

### INTEREST

- Interest will accrue at the rate of <u>3.75</u>% per annum and will accrue only on funds actually advanced from the date(s) of each advance.

### PAYMENT TERMS

- Each payment will be applied first to interest accrued to the date of receipt of each payment, and the balance, if any, will be applied to principal.

- Each payment will be made when due even if at that time the full amount of the Loan has not yet been advanced or the authorized amount of the Loan has been reduced.

### COLLATERAL

- For loan amounts of greater than $25,000, Borrower hereby grants to SBA, the secured party hereunder, a continuing security interest in and to any and all "Collateral" as described herein to secure payment and performance of all debts, liabilities and obligations of Borrower to SBA hereunder without limitation, including but not limited to all interest, other fees and expenses (all hereinafter called "Obligations").  The Collateral includes the following property that Borrower now owns or shall acquire or create immediately upon the acquisition or creation thereof: all tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.  The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

- For loan amounts of $25,000 or less, SBA is not taking a security interest in any collateral.

SBA Form 1391 (5-00)

Ref 50 30

DocuSign Envelope ID: 3102B72D-8E46-4E47-A885-F330241AEDC2

Doc # L-01-2552421-01

SBA Loan #~~5706697802~~

Application #~~3301837022~~

## REQUIREMENTS RELATIVE TO COLLATERAL

- Borrower will not sell or transfer any collateral (except normal inventory turnover in the ordinary course of business) described in the "Collateral" paragraph hereof without the prior written consent of SBA.

- Borrower will neither seek nor accept future advances under any superior liens on the collateral securing this Loan without the prior written consent of SBA.

## USE OF LOAN PROCEEDS

- Borrower will use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter and for loans of more than $25,000 to pay Uniform Commercial Code (UCC) lien filing fees and a third-party UCC handling charge of $100 which will be deducted from the Loan amount stated above.

## REQUIREMENTS FOR USE OF LOAN PROCEEDS AND RECEIPTS

- Borrower will obtain and itemize receipts (paid receipts, paid invoices or cancelled checks) and contracts for all Loan funds spent and retain these receipts for 3 years from the date of the final disbursement. Prior to each subsequent disbursement (if any) and whenever requested by SBA, Borrower will submit to SBA such itemization together with copies of the receipts.

- Borrower will not use, directly or indirectly, any portion of the proceeds of this Loan to relocate without the prior written permission of SBA. The law prohibits the use of any portion of the proceeds of this Loan for voluntary relocation from the business area in which the disaster occurred. To request SBA's prior written permission to relocate, Borrower will present to SBA the reasons therefore and a description or address of the relocation site. Determinations of (1) whether a relocation is voluntary or otherwise, and (2) whether any site other than the disaster-affected location is within the business area in which the disaster occurred, will be made solely by SBA.

- Borrower will, to the extent feasible, purchase only American-made equipment and products with the proceeds of this Loan.

- Borrower will make any request for a loan increase for additional disaster-related damages as soon as possible after the need for a loan increase is discovered. The SBA will not consider a request for a loan increase received more than **two (2)** years from the date of loan approval unless, in the sole discretion of the SBA, there are extraordinary and unforeseeable circumstances beyond the control of the borrower.

## DEADLINE FOR RETURN OF LOAN CLOSING DOCUMENTS

- **Borrower will sign and return the loan closing documents to SBA within 2 months of the date of this Loan Authorization and Agreement.** By notifying the Borrower in writing, SBA may cancel this Loan if the Borrower fails to meet this requirement. The Borrower may submit and the SBA may, in its sole discretion, accept documents after 2 months of the date of this Loan Authorization and Agreement.

## COMPENSATION FROM OTHER SOURCES

- Eligibility for this disaster Loan is limited to disaster losses that are not compensated by other sources. Other sources include but are not limited to: (1) proceeds of policies of insurance or other indemnifications, (2) grants or other reimbursement (including loans) from government agencies or private organizations, (3)

SBA Form 1391 (5-00)

Ref 50 30

DocuSign Envelope ID: 3102B72D-8E46-4E47-A885-F330241AEDC2

Doc # L-01-2552421-01

SBA Loan #~~5706697802~~

Application #~~3301837022~~

claims for civil liability against other individuals, organizations or governmental entities, and (4) salvage (including any sale or re-use) of items of damaged property.

- Borrower will promptly notify SBA of the existence and status of any claim or application for such other compensation, and of the receipt of any such compensation, and Borrower will promptly submit the proceeds of same (not exceeding the outstanding balance of this Loan) to SBA.

- Borrower hereby assigns to SBA the proceeds of any such compensation from other sources and authorizes the payor of same to deliver said proceeds to SBA at such time and place as SBA shall designate.

- SBA will in its sole discretion determine whether any such compensation from other sources is a duplication of benefits. SBA will use the proceeds of any such duplication to reduce the outstanding balance of this Loan, and Borrower agrees that such proceeds will not be applied in lieu of scheduled payments.

## DUTY TO MAINTAIN HAZARD INSURANCE

- For loan amounts greater than $25,000, within 12 months from the date of this Loan Authorization and Agreement the Borrower will provide proof of an active and in effect hazard insurance policy including fire, lightning, and extended coverage on all items used to secure this loan to at least 80% of the insurable value. Borrower will not cancel such coverage and will maintain such coverage throughout the entire term of this Loan. **BORROWER MAY NOT BE ELIGIBLE FOR EITHER ANY FUTURE DISASTER ASSISTANCE OR SBA FINANCIAL ASSISTANCE IF THIS INSURANCE IS NOT MAINTAINED AS STIPULATED HEREIN THROUGHOUT THE ENTIRE TERM OF THIS LOAN.** Please submit proof of insurance to: U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

## BOOKS AND RECORDS

- Borrower will maintain current and proper books of account in a manner satisfactory to SBA for the most recent 5 years until 3 years after the date of maturity, including extensions, or the date this Loan is paid in full, whichever occurs first. Such books will include Borrower's financial and operating statements, insurance policies, tax returns and related filings, records of earnings distributed and dividends paid and records of compensation to officers, directors, holders of 10% or more of Borrower's capital stock, members, partners and proprietors.

- Borrower authorizes SBA to make or cause to be made, at Borrower's expense and in such a manner and at such times as SBA may require: (1) inspections and audits of any books, records and paper in the custody or control of Borrower or others relating to Borrower's financial or business conditions, including the making of copies thereof and extracts therefrom, and (2) inspections and appraisals of any of Borrower's assets.

- Borrower will furnish to SBA, not later than 3 months following the expiration of Borrower's fiscal year and in such form as SBA may require, Borrower's financial statements.

- Upon written request of SBA, Borrower will accompany such statements with an 'Accountant's Review Report' prepared by an independent public accountant at Borrower's expense.

- Borrower authorizes all Federal, State and municipal authorities to furnish reports of examination, records and other information relating to the conditions and affairs of Borrower and any desired information from such reports, returns, files, and records of such authorities upon request of SBA.

SBA Form 1391 (5-00)

Ref 50 30

DocuSign Envelope ID: 3102B72D-8E46-4E47-A885-F330241AEDC2

Doc # L-01-2552421-01

SBA Loan #~~5700697802~~

Application #~~330185702~~

## LIMITS ON DISTRIBUTION OF ASSETS

- Borrower will not, without the prior written consent of SBA, make any distribution of Borrower's assets, or give any preferential treatment, make any advance, directly or indirectly, by way of loan, gift, bonus, or otherwise, to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower, or any other company.

## EQUAL OPPORTUNITY REQUIREMENT

- If Borrower has or intends to have employees, Borrower will post SBA Form 722, Equal Opportunity Poster (copy attached), in Borrower's place of business where it will be clearly visible to employees, applicants for employment, and the general public.

## DISCLOSURE OF LOBBYING ACTIVITIES

- Borrower agrees to the attached Certification Regarding Lobbying Activities

## BORROWER'S CERTIFICATIONS

Borrower certifies that:

- There has been no substantial adverse change in Borrower's financial condition (and organization, in case of a business borrower) since the date of the application for this Loan. (Adverse changes include, but are not limited to: judgment liens, tax liens, mechanic's liens, bankruptcy, financial reverses, arrest or conviction of felony, etc.)

- No fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on SBA Form 5 Business Disaster Loan Application'; SBA Form 3501 COVID-19 Economic Injury Disaster Loan Application; or SBA Form 159, 'Compensation Agreement'. All fees not approved by SBA are prohibited.

- All representations in the Borrower's Loan application (including all supplementary submissions) are true, correct and complete and are offered to induce SBA to make this Loan.

- No claim or application for any other compensation for disaster losses has been submitted to or requested of any source, and no such other compensation has been received, other than that which Borrower has fully disclosed to SBA.

- Neither the Borrower nor, if the Borrower is a business, any principal who owns at least 50% of the Borrower, is delinquent more than 60 days under the terms of any: (a) administrative order; (b) court order; or (c) repayment agreement that requires payment of child support.

- Borrower certifies that no fees have been paid, directly or indirectly, to any representative (attorney, accountant, etc.) for services provided or to be provided in connection with applying for or closing this Loan, other than those reported on the Loan Application. All fees not approved by SBA are prohibited. If an Applicant chooses to employ an Agent, the compensation an Agent charges to and that is paid by the Applicant must bear a necessary and reasonable relationship to the services actually performed and must be comparable to those charged by other Agents in the geographical area. Compensation cannot be contingent on loan approval. In addition, compensation must not include any expenses which are deemed by SBA to be unreasonable for services actually performed or expenses actually incurred. Compensation must not include

SBA Form 1391 (5-00)

Ref 50 30

DocuSign Envelope ID: 3102B72D-8E46-4E47-A885-F330241AEDC2

Doc # L-01-2552421-01

SBA Loan #~~5706697802~~

Application #~~3301337022~~

charges prohibited in 13 CFR 103 or SOP 50-30, Appendix 1. **If the compensation exceeds $500 for a disaster home loan or $2,500 for a disaster business loan, Borrower must fill out the Compensation Agreement Form 159D which will be provided for Borrower upon request or can be found on the SBA website.**

- Borrower certifies, to the best of its, his or her knowledge and belief, that the certifications and representations in the attached Certification Regarding Lobbying are true, correct and complete and are offered to induce SBA to make this Loan.

## CIVIL AND CRIMINAL PENALTIES

- Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines, imprisonment or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

## RESULT OF VIOLATION OF THIS LOAN AUTHORIZATION AND AGREEMENT

- If Borrower violates any of the terms or conditions of this Loan Authorization and Agreement, the Loan will be in default and SBA may declare all or any part of the indebtedness immediately due and payable. SBA's failure to exercise its rights under this paragraph will not constitute a waiver.

- A default (or any violation of any of the terms and conditions) of any SBA Loan(s) to Borrower and/or its affiliates will be considered a default of all such Loan(s).

## DISBURSEMENT OF THE LOAN

- Disbursements will be made by and at the discretion of SBA Counsel, in accordance with this Loan Authorization and Agreement and the general requirements of SBA.

- Disbursements may be made in increments as needed.

- Other conditions may be imposed by SBA pursuant to general requirements of SBA.

- Disbursement may be withheld if, in SBA's sole discretion, there has been an adverse change in Borrower's financial condition or in any other material fact represented in the Loan application, or if Borrower fails to meet any of the terms or conditions of this Loan Authorization and Agreement.

- **NO DISBURSEMENT WILL BE MADE LATER THAN 6 MONTHS FROM THE DATE OF THIS LOAN AUTHORIZATION AND AGREEMENT UNLESS SBA, IN ITS SOLE DISCRETION, EXTENDS THIS DISBURSEMENT PERIOD.**

SBA Form 1391 (5-00)                                                                                                            Ref 50 30

DocuSign Envelope ID: 3102B72D-8E46-4E47-A885-F330241AEDC2

Doc # L-01-2552421-01

SBA Loan #~~5706697802~~

Application #~~3301837022~~

## PARTIES AFFECTED

- This Loan Authorization and Agreement will be binding upon Borrower and Borrower's successors and assigns and will inure to the benefit of SBA and its successors and assigns.

## RESOLUTION OF BOARD OF DIRECTORS

- Borrower shall, within 180 days of receiving any disbursement of this Loan, submit the appropriate SBA Certificate and/or Resolution to the U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX. 76155.

## ENFORCEABILITY

- This Loan Authorization and Agreement is legally binding, enforceable and approved upon Borrower's signature, the SBA's approval and the Loan Proceeds being issued to Borrower by a government issued check or by electronic debit of the Loan Proceeds to Borrower' banking account provided by Borrower in application for this Loan.

*James E. Rivera*

James E. Rivera
Associate Administrator
U.S. Small Business Administration

The undersigned agree(s) to be bound by the terms and conditions herein during the term of this Loan, and further agree(s) that no provision stated herein will be waived without prior written consent of SBA. **Under penalty of perjury of the United States of America, I hereby certify that I am authorized to apply for and obtain a disaster loan on behalf of Borrower, in connection with the effects of the COVID-19 emergency.**

**Nystrand Law, LLC**

DocuSigned by:

*Anneli Nystrand*

20EB112D64424AB...

Date: ___05.30.2020___

Anneli Nystrand, Owner/Officer

Note: Corporate Borrowers must execute Loan Authorization and Agreement in corporate name, by a duly authorized officer. Partnership Borrowers must execute in firm name, together with signature of a general partner. Limited Liability entities must execute in the entity name by the signature of the authorized managing person.

SBA Form 1391 (5-00)

Ref 50 30

EXHIBIT H

| Form 668 (Y)(c) (Rev. February 2004) | 10194 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>145281215 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ANNELI N MAGEE

Residence    2490 LAURELWOOD CT
TALLAHASSEE, FL 32308-4286

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | | 11/18/2013 | 12/18/2023 | 4037.20 |
| 1040 | 12/31/2013 | | 11/17/2014 | 12/17/2024 | 15275.17 |

| Place of Filing | CLERK OF CIRCUIT COURT<br>LEON COUNTY<br>TALLAHASSEE, FL 32302 | Total $ | 19312.37 |
|---|---|---|---|

This notice was prepared and signed at    BALTIMORE, MD    , on this,

the    23rd    day of    February    , 2015    .

| Signature    *Cheryl Cordero*<br>for P.A. BELTON | Title<br>ACS SBSE<br>(800) 829-3903 | 23-00-0008 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part I - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 12

**Form 1040**

Department of the Treasury-Internal Revenue Service (99)

**U.S. Individual Income Tax Return**    **2019**    OMB No. 1545-0074    IRS Use Only-Do not write or staple in this space.

**Filing Status**

Check only one box.

☐ Single    ☐ Married filing jointly    ☐ Married filing separately (MFS)
☒ Head of household (HOH)    ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Anneli M | Nystrand | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
2490 Laurelwood Court

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Tallahassee, FL 32308

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

If more than four dependents, see inst. & check here ▶ ☐

**Standard Deduction**

Someone can claim:    ☐ You as a dependent    ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You: ☐ Were born before January 2, 1955    ☐ Are blind
Spouse: ☐ Was born before January 2, 1955    ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| Linnea Magee | 72~-~~-~~~ | Daughter | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

| | | | | |
|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . | | **1** | |
| **2a** | Tax-exempt interest . . . . . . | **2a** | **b** Taxable interest . . . . . . . | **2b** | |
| **3a** | Qualified dividends . . . . . . | **3a** | **b** Ordinary dividends. . . . . . | **3b** | |
| **4a** | IRA distributions . . . . . . . | **4a** | **b** Taxable amount . . . . . . | **4b** | |
| **c** | Pensions and annuities . . . . | **4c** | **d** Taxable amount . . . . . . | **4d** | |
| **5a** | Social security benefits . . . . | **5a** | **b** Taxable amount . . . . . . | **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ▶ ☐ | | **6** | |
| **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . | | **7a** | 16,564 |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . ▶ | | **7b** | 16,564 |
| **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . | | **8a** | 1,396 |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . ▶ | | **8b** | 15,168 |
| **9** | Standard deduction or itemized deductions (from Schedule A) | **9** 18,350 | | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . | **10** | | |
| **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . | | **11a** | 18,350 |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | **11b** | 0 |

**Standard Deduction**

- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form 1040 (2019)

EXHIBIT 13

| Form **1040** | Department of the Treasury-Internal Revenue Service (99) U.S. Individual Income Tax Return | **2020** | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

☐ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☒ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Anneli M | Nystrand | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions.
2490 Laurelwood Court

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Tallahassee | FL | 32308 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Apt. no.**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want S3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?   ☐ Yes   ☒ No

**Standard Deduction**

Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☐ Were born before January 2, 1956   ☐ Are blind   **Spouse:**   ☐ Was born before January 2, 1956   ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| ~~Isabel~~   ~~Nystrand~~ | ~~xxx-xx-xxxx~~ | Daughter | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | **1** | 14,500 |
| **2a** | Tax-exempt interest . . . . | **2a** | | **b** Taxable interest | | **2b** | |
| **3a** | Qualified dividends . . . . | **3a** | | **b** Ordinary dividends | | **3b** | |
| **4a** | IRA distributions . . . . . | **4a** | | **b** Taxable amount | | **4b** | |
| **5a** | Pensions and annuities . . . | **5a** | | **b** Taxable amount | | **5b** | |
| **6a** | Social security benefits . . . | **6a** | | **b** Taxable amount | | **6b** | |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . ▶ ☐ | | | | | **7** | 6,496 |
| **8** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . ▶ | | | | | **8** | 13,091 |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . ▶ | | | | | **9** | 34,087 |
| **10** | Adjustments to income: | | | | | | |
| **a** | From Schedule 1, line 22 . . . . . . . . . . . . . . . . | **10a** | 134 | | | |
| **b** | Charitable contributions if you take the standard deduction. See instructions | **10b** | | | | |
| **c** | Add lines 10a and 10b. These are your **total adjustments to income** . . . . . . . ▶ | | | | | **10c** | 134 |
| **11** | Subtract line 10c from line 9. This is your **adjusted gross income** . . . . . . . ▶ | | | | | **11** | 33,953 |
| **12** | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . . | | | | | **12** | 18,650 |
| **13** | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . | | | | | **13** | 1,761 |
| **14** | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | **14** | 20,411 |
| **15** | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . | | | | | **15** | 13,542 |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1040** (2020)

# Cost of Living Adjustments

EXHIBIT 14

This represents the maximum income limitation for exemptions under section 196.1975(4), F.S. The limitation is adjusted annually by the percentage change in the annual cost-of-living index during the immediate prior year.

*The percentage changes are rounded to the nearest tenth of a percent. The income limitation amounts are based on the unrounded CPI data.

## Cost of Living Adjustments

| Year | % Change* | Adjusted Income Single Person | Limitation Couples |
|------|-----------|-------------------------------|--------------------|
| 2021 | 1.2% | $34,374 | $38,590 |
| 2020 | 1.8% | $33,955 | $38,120 |
| 2019 | 2.4% | $33,350 | $37,441 |
| 2018 | 2.1% | $32,555 | $36,549 |
| 2017 | 1.3% | $31,877 | $35,787 |
| 2016 | 0.1% | $31,480 | $35,342 |
| 2015 | 1.6% | $31,443 | $35,300 |
| 2014 | 1.5% | $30,941 | $34,736 |
| 2013 | 2.1% | $30,494 | $34,235 |
| 2012 | 3.2% | $29,876 | $33,541 |
| 2011 | 1.6% | $28,962 | $32,514 |
| 2010 | -0.4% | $28,494 | $31,990 |
| 2009 | 3.8% | $28,596 | $32,104 |
| 2008 | 2.9% | $27,539 | $30,917 |
| 2007 | 3.2% | $26,763 | $30,046 |
| 2006 | 3.4% | $25,933 | $29,114 |
| 2005 | 2.7% | $25,082 | $28,159 |
| 2004 | 2.3% | $24,423 | $27,419 |
| 2003 | 1.6% | $23,874 | $26,803 |
| 2002 | 2.8% | $23,498 | $26,381 |
| 2001 | 3.4% | $22,858 | $25.662 |
| 2000 | 2.2% | $22,106 | $24,818 |
| 1999 | 1.6% | $21,630 | $24,284 |
| 1998 | 2.3% | $21,289 | $23,902 |
| 1997 | 3.0% | $20,810 | $23,365 |
| 1996 | 2.8% | $20,204 | $22,684 |
| 1995 | 2.6% | $19,654 | $22,066 |

EXHIBIT 15

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

KINGDOM OF SWEDEN,
      Plaintiff,

vs.                              Case No.: 2018-CA-2077

ANNELI MARIA NYSTRAND BALDWIN a/k/a
ANNELI NYSTRAND MAGEE
      Defendant.
_____/

## AFFIDAVIT OF DENIAL OF PLAINTIFF'S CLAIM FOR DEBT OWED

    I, Anneli Nystrand, being sworn, hereby file this Affidavit of Denial and declare as follows:

1. I deny I owe the debt Petitioner alleges in its *Complaint for Breach of Contract, Money Lent, and Unjust Enrichment* filed in this matter on September 20, 2018.

2. I deny the existence of any valid contractual agreement with Plaintiff.

3. If the debt, in whole or in part, existed at any time, it is no longer a valid debt.

4. If the debt, in whole or in part, is a valid debt, I deny the amount stated by Plaintiff is the correct amount.

    I understand that I am swearing or affirming under oath to the truthfulness of the declarations made in this Affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

                           _____     7/20/2020
                           Anneli Nystrand, Affiant        Date

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF FLORIDA
COUNTY OF LEON

Sworn to or affirmed before me by means of physical presence this 20th day of July 2020 by Anneli Nystrand, who produced identification: Florida Driver License _____

_____              My Commission Expires
NOTARY PUBLIC, STATE OF FLORIDA        June 2, 2021

*[Notary seal: MARLY COPELAND, NOTARY, My Comm. Expires June 02, 2021, No. GG 98762, STATE OF FLORIDA, PUBLIC]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Allison L. Friedman, Esq., and Ernest Mooney on July 20, 2020, via the Florida E-Portal.

*Anneli Nystrand*

ANNELI NYSTRAND, defendant
Florida Bar No. 84591
2490 Laurelwood Court
Tallahassee, FL 32308
Phone: 850-391-8805
anneli@nystrandlaw.com

Filing # 107021595 E-Filed 05/04/2020 02:34:40 PM

EXHIBIT 16

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.   2018 CA 002077

KINGDOM OF SWEDEN,                              )
                                                )
        Plaintiff,                              )
                                                )    PLAINTIFF'S MOTION TO DISPENSE
v.                                              )    WITH MEDIATION
                                                )
ANNELI MARIA NYSTRAND BALDWIN a/k/a             )    Fla. Bar No. 0055336
ANNELI NYSTRAND MAGEE,                          )
                                                )
        Defendant.                              )
                                                )

Plaintiff, KINGDOM OF SWEDEN, on behalf of The Swedish Board of Student Finance,

(hereinafter, referred to as "CSN"), files this its Motion to Dispense with Mediation pursuant to Rule

1.700 of the Florida Rules of Civil Procedure and in support thereof states as follows:

1.      CSN and Defendant, ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI

NYSTRAND MAGEE, have attempted to schedule mediation and in doing so have determined that

the parties will not benefit from mediation and will needlessly incur the costs of mediation.

Specifically, CSN,  agency of the Swedish government, is prohibited from accepting less than the

balance due on the Account of Debt.  Therefore, the only potential benefit of mediation would be

the length of repayment.  Defendant has advised that she is unable to make any payments therefore

there can be no discussion as to length of time to repay.

2.      Additionally, the issue in this case is not factual, only a legal issue as to relevant statute

of limitations and terms of the student loans.

3.      Plaintiff's counsel has discussed moving to dispense with mediation with Defendant and

Defendant agreed, however, Defendant has not responded to Plaintiff's request to file a joint motion.

WHEREFORE, Plaintiff requests that this Court dispense with mediation and such further relief as the Court deems proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via first class mail this 4th day of May, 2020 to Anneli Maria Nystrand Baldwin, 2490 Laurelwood Ct., Tallahassee, Florida 32308-4286, anneli@nystrandlaw.com.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Boulevard, Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
Ralfriedman@hotmail.com

EXHIBIT 17



**WELLS FARGO**

Accounts ∨    Brokerage    Transfer & Pay ∨    Plan & Learn ∨    Security & Support

Q | 🌐 Sign off | (Q) Welcome ∨

Account Summary

**FICO® Score**

**656** ▲₉

as of 11/03/21

Wells Fargo credit rating:

**Fair**

FICO SCORE | FICO® Score 9 | Experian Data

Score range: 300 – 850 | Updated Monthly

Your Score Factors    Your Score History    Credit Reports    Credit Education

(%)

**Debt-to-income ratio**

**Calculate yours and find out what means**

Planning & Tools

Visit the Smarter Credit™ Center

View My Retirement Plan

Calculate Debt-to-Income Ratio

FAQs



EXHIBIT 18

IN THE CIRCUIT COURT OF THE 2ⁿᵈ
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.   2018 CA 002077

KINGDOM OF SWEDEN,                    )
                                      )
         Plaintiff,                   )
                                      )           NOTICE OF TAKING DEPOSITION
v.                                    )
                                      )           Fla. Bar No. 0055336
ANNELI MARIA NYSTRAND BALDWIN a/k/a   )
ANNELI NYSTRAND MAGEE,                )
                                      )
         Defendant.                   )
                                      )

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

| | |
|---|---|
| Name: | ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE |
| Date and Time: | Monday, January 11, 2020 at 11:00 a.m. |
| Place: | U.S. Legal Support<br>Via Zoom- link to be provided |

upon oral examination before any notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the Court.  You are further requested to produce those documents requested in Schedule "A" attached hereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic service this 9ᵗʰ day of December, 2020 to Anneli Maria Nystrand Baldwin, 2490 Laurelwood Ct., Tallahassee, Florida 32308-4286, anneli@nystrandlaw.com.

By: s/ Allison L. Friedman
     ALLISON L. FRIEDMAN, ESQ.
     ALLISON L. FRIEDMAN, P.A.
     20533 Biscayne Boulevard, Suite 4-435
     Aventura, Florida 33180
     (305) 905-2679 (Telephone)
     (305) 692-9387 (Facsimile)
     Ralfriedman@hotmail.com

## SCHEDULE "A"

With relation to Defendant ANNELI MARIA NYSTRAND BALDWIN a/k/a ANNELI NYSTRAND MAGEE ("NYSTRAND"):

1.  Any and all documents demonstrating NYSTRAND's ownership of real property or personal property in both the United States and outside the United States and any valuations thereof.

2.  All jewelry owned by NYSTRAND must be brought to the scheduled deposition in aid of execution.

3.  Any and all insurance documentation relating to insurance obtained by NYSTRAND for jewelry and other personal property.

4.  Any and all documentation evidencing income received or to be received by NYSTRAND from January 1, 2017 through present.

5.  Copies of all United States Income Tax Returns and Federal Gift Tax Returns filed by NYSTRAND, for the calendar years 2017, 2018 and 2019 United States Internal Revenue Service forms W-2 and 1099, reflecting your salary and/or commissions or other earnings from 2017 to present.

6.  The original of all certificates of stock owned or beneficially held by NYSTRAND, either alone or jointly with any other person(s) or entities in any corporation or corporations.

7.  All financial statements issued by NYSTRAND showing her financial condition during the years 2017 through the present year.

8.  All original notes, deeds, title certificates, mortgages, or security instruments of any kind showing or tending to show the existence of debts owed to NYSTRAND, or property owned by NYSTRAND, or property in which she has a security interest within the United States.

9.  All original notes, deeds, title certificates, mortgages, or security instruments of any kind showing or tending to show the existence of debts owed to NYSTRAND, or property owned by NYSTRAND, or property in which she has a security interest outside the United States.

10. Any and all titles and license tag registrations and certificates for any automobiles, boats, airplanes or other vehicles in the ownership, custody, control or possession of NYSTRAND, including lease agreements thereon, with a full disclosure of her interest therein.

11. All writings or financial records in the possession or custody, or subject to the control of NYSTRAND, showing or tending to show all money due her, with any records she may have showing or tending to show all persons who owe her money.

12. All insurance policies insuring loss to any property, real or personal, that NYSTRAND, owns, alone or jointly with any other person.

13. All bills of sale, deeds, contracts, or other documents showing transfer to any and all property executed by NYSTRAND during the years 2017 through the present year both within and outside the United States.

14. Any and all bank statements, cancelled checks or other memoranda showing all transactions with any bank or banks with which NYSTRAND, did business during the years 2017 through the present year both within and outside the United States.

15. Copies of all State of Florida Intangible Tax Returns filed by NYSTRAND from 2017 to present.

16. Copies of all trust agreements wherein NYSTRAND is listed as a beneficiary.

17. Copies of all applications for credit or loans from any bank, credit union, lending institution, or similar entities, prepared by NYSTRAND or on her behalf from 2017 to present.

18. Copies of any employment agreements made by NYSTRAND in connection with her employment from 2017 to present.

19. A full and complete description of all intangible and tangible personal property of any kind in which NYSTRAND has any interest whatsoever, not heretofore enumerated.

20. A copy of the face page of all insurance policies in which NYSTRAND has any interest whatsoever.

21. A copy of any statement reflecting any business transaction since 2017 involving more than Five Hundred Dollars in which NYSTRAND is a party to the transaction.

22. Copies of any and all operating agreements for any and all limited liability companies from which NYSTRAND receives a distribution and/or has any interest.

23. Copy of NYSTRAND's current driver's license.

24. Copies of the pages in NYSTRAND's United States and/or Swedish passports containing biographical and entry stamps.

25. Copy of any NYSTRAND's United States temporary visa, if applicable.

26. Copy of NYSTRAND's green card (resident alien card), if applicable.

27. Copies of any and all documents demonstrating NYSTRAND's U.S. immigration status or naturalization status.

28. Copies of any and all outstanding judgments entered in favor of NYSTRAND.

29. Copies of any and all outstanding judgments entered against NYSTRAND.

EXHIBIT 19

## Calculator.net

**FINANCIAL**    **FITNESS & HEA**

home / financial / student loan calculator

# Student Loan Calculator

## Simple Student Loan Calculator

Please provide any three values below to calculate.

| | |
|---|---|
| Loan Balance | $163000 |
| Remaining Term | 13 years |
| Interest Rate | 1 % |
| Monthly Payment | $ /month |

**Calculate** ⬤

### Result

Repayment:      **$1,114.69/month**
Total Interest:    $10,892.31
Total Payments: $173,892.31




Principal
Interest