EXHIBIT "A"

| Parcel: 111628 B0110 | Property Use: 0107 - TOWNHOMES |
|---|---|
| Owner: NYSTRAND ANNELI MARIAH | 2490 LAURELWOOD CT |

## Leon County Property Appraiser

The Tax Roll is compiled by the Legal Descriptions as recorded in the Public Records of Leon County. Location addresses are not used in the preparation of the Tax Roll. They should not be used for title searches or preparation of legal documents.

### Parcel Information

**Parcel ID:** 111628 B0110
**Owner(s):** NYSTRAND ANNELI MARIAH

**Mailing Addr:** 2490 LAURELWOOD CT
TALLAHASSEE FL 32308

**Google Map**
**Location:** 2490 LAURELWOOD CT
Location (Street) Addresses are provided by City Growth Management 850-891-7001 (option 4), and County DSEM 850-606-1300.

**Tax District:** 1 - CITY
**Legal Desc:** ASHTON WOODS
16 1N 1E
LOT 11 BLOCK B

**Parent Parcel:**
**Acreage:** 0.250 - ESTIMATED
**Subdivision:** ASHTON WOODS
**Property Use:** 0107 - TOWNHOUSE
**Bldg Count:** 1

### Sales Information

| Sale Date | Sale Price | Book/Page | Instrument Type | Improved / Vacant |
|---|---|---|---|---|
| 01/09/2013 | $0 | 4466/1367 | Final Judgement | Improved |
| 10/31/2012 | $148,900 | 4439/844 | Warranty Deed | Improved |
| 12/15/2011 | $115,000 | 4319/1507 | Warranty Deed | Improved |
| 05/13/2011 | $88,500 | 4246/1287 | Cert of Title | Improved |
| 05/12/2006 | $0 | 3534/1538 | Quit Claim | Improved |
| 03/24/2006 | $200,000 | 3485/268 | Warranty Deed | Improved |
| 10/03/2003 | $150,000 | 2970/736 | Warranty Deed | Improved |
| 04/29/2003 | $25,000 | 2864/981 | Warranty Deed | Vacant |
| 04/29/2003 | $25,000 | 2864/980 | Warranty Deed | Vacant |
| 04/07/2003 | $63,500 | 2843/1321 | Warranty Deed | Vacant |

### Certified Value Detail

| Tax Year | Land Value | Improvement Value | Total Market Value | SOH Differential | Classified Use | Homestead |
|---|---|---|---|---|---|---|
| 2021 | $38,000 | $135,295 | $173,295 | $40,620 | $0 | 2021 - Yes |

### Certified Taxable Values

| Tax Year | Taxing Authority | Rate | Market | Assessed | Exempt | Taxable |
|---|---|---|---|---|---|---|
| 2021 | Leon County | 8.31440 | $173,295 | $132,675 | $50,000 | $82,675 |
| | Leon County - Emergency Medical Service | 0.50000 | $173,295 | $132,675 | $50,000 | $82,675 |
| | School - State Law | 3.62800 | $173,295 | $132,675 | $25,000 | $107,675 |
| | School - Local Board | 2.24800 | $173,295 | $132,675 | $25,000 | $107,675 |
| | City of Tallahassee | 4.10000 | $173,295 | $132,675 | $50,000 | $82,675 |
| | NW FL Water Management | 0.02940 | $173,295 | $132,675 | $50,000 | $82,675 |

### Building Summary

| Tax Year | Card | Bldgs | Building Use | Building Type | Yr Built | Base SqFt | Auxiliary SqFt |
|---|---|---|---|---|---|---|---|
| 2021 | 1 | 1 | Residential | TH - Townhome | 2003 | 1,514 | 387 |
| Total: | | 1 | | | | 1,514 | 387 |



| Item | Area |
|---|---|
| Main Building | 989 |
| GRF:GARAGE FINISHED | 285 |
| OPF:OPEN PORCH FINISH | 102 |
| USF:UPPER STORY FINISHED | 525 |