# Exhibit "A"

## (3 pages)

**FFELP Consolidation Loan – Student Loan Corporation (A CitiBank subsidiary)**

| | |
|---|---|
| **Number of Loans:** | 1 consolidated loan |
| **Loan Period:** | N/A |
| **Amount Disbursed:** | $85,025 |
| **Date of Disbursement:** | 08/01/1998 |
| **Date Paid in Full:** | 12/09/2010 |

Dashboard ▸ Aid Summary ▸ Loan Details



## LOAN TYPE

# FFELP Consolidation



## Your loan balance is $0.

*Loan Information as of 12/09/2010*

**LOAN PERIOD** ⑦

N/A

**LOAN STATUS** ⑦

Paid In Full

View loan status history

**INTEREST RATE** ⑦

N/A (variable)

**REAFFIRMATION DATE** ⑦

N/A

**PSLF CUMULATIVE MATCH MONTHS** ⑦

N/A

Learn more about loan forgiveness





## Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
08/01/1998

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

## Disbursements

08/01/1998                $85,025

TOTAL AMOUNT          **$85,025**
DISBURSED
                        Out of $85,025

## Contact Your Service

THE STUDENT LOAN
CORPORATION

🏢 P.O. BOX 92902 ROCHEST
146920000





Dashboard  ▸ Aid Summary  ▸ Loan Details  ▸ Loan Status History

**FFEL CONSOLIDATED**

# Loan Status History

| Loan Status ⓘ | Date Effective |
|---|---|
| ● Paid In Full (PF) | 12/09/2010 |
| ● In Repayment (RP) | 08/01/1998 |

# Exhibit "B"

### (4 pages)

### FFELP Stafford Subsidized – Art Institute of Fort Lauderdale

| | |
|---|---|
| **Number of Loans:** | **2** |
| **Loan Period:** | **01/06/1987 - 06/11/1988** |
| **Total Amount Disbursed:** | **$5,250** |

"B"

Dashboard  ▸  Aid Summary  ▸  Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

### ART INSTITUTE OF FORT LAUDERDALE (THE)
OPE ID
01019500



## Your loan balance is $0.

*Loan Information as of 10/24/1994*

LOAN PERIOD ⓘ
01/06/1987 - 09/18/1987

LOAN STATUS ⓘ
Paid In Full
View loan status history

INTEREST RATE ⓘ
8.00% (fixed)

REAFFIRMATION DATE ⓘ
N/A

PSLF CUMULATIVE MATCH MONTHS ⓘ
N/A

Learn more about loan forgiveness



"B"

## Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
01/01/1989

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

## Disbursements

| 04/01/1987 | $2,625 |
|---|---|

TOTAL AMOUNT DISBURSED **$2,625**

Out of $2,625

## Contact Your Service

SLM ECFC

📞 888-272-5543

🏢 220 LASLEY AVE WILKES
PA 18706



"B"

Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

### ART INSTITUTE OF FORT LAUDERDALE (THE)
OPE ID
01019500



# Your loan balance is $0.

*Loan Information as of 10/24/1994*

**LOAN PERIOD** ⍰
09/28/1987 - 06/11/1988

**LOAN STATUS** ⍰
Paid In Full

View loan status history

**INTEREST RATE** ⍰
8.00% (fixed)

**REAFFIRMATION DATE** ⍰
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⍰
N/A

Learn more about loan forgiveness



"B"

# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
01/01/1989

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

| | |
|---|---|
| 12/23/1987 | $2,625 |

TOTAL AMOUNT DISBURSED **$2,625**
Out of $2,625

# Contact Your Service

SLM ECFC

☎ 888-272-5543

🏢 220 LASLEY AVE WILKES
PA 18706



# Exhibit "C"

## (4 pages)

### FFELP Stafford Subsidized – University of Miami

| | |
|---|---|
| **Number of Loans:** | **2** |
| **Loan Period:** | **09/10/1991 – 05/15/1993** |
| **Total Amount Disbursed:** | **$5,250** |

Dashboard ‣ Aid Summary ‣ Loan Details



LOAN TYPE

# FFELP Stafford Subsidized

### UNIVERSITY OF MIAMI
OPE ID
00153600

# Your loan balance is $0.

*Loan Information as of 04/06/1998*

LOAN PERIOD ⓘ
09/10/1991 - 05/11/1992

LOAN STATUS ⓘ
Paid-in-Full by Consolidation
View loan status history

INTEREST RATE ⓘ
8.00% (fixed)

REAFFIRMATION DATE ⓘ
N/A

PSLF CUMULATIVE MATCH MONTHS ⓘ
N/A
Learn more about loan forgiveness



# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

12/18/1991                    $2,625

TOTAL AMOUNT DISBURSED $2,625
                         Out of $2,625

# Contact Your Service

CITIBANK ELT STUDENT
CORP

🏢 P.O. BOX 6157 SIOUS FAL
    571170000



"C"

Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

### UNIVERSITY OF MIAMI
OPE ID
00153600



## Your loan balance is $0.

*Loan Information as of 04/06/1998*

**LOAN PERIOD** ⍰
08/27/1992 - 05/15/1993

**LOAN STATUS** ⍰
Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⍰
8.00% (fixed)

**REAFFIRMATION DATE** ⍰
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⍰
N/A
Learn more about loan forgiveness



"C"

# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

12/28/1992                    $2,625

TOTAL AMOUNT DISBURSED $2,625
                    Out of $2,625

# Contact Your Service

CITIBANK ELT STUDENT
CORP

🏢 P.O. BOX 6157 SIOUS FAL
   571170000



# Exhibit "D"

## (14 pages)

### Supplemental Loan (SLS) / FFELP Stafford Subsidized / FFELP Stafford Unsubsidized

### University of Miami School of Law

| | |
|---|---|
| **Number of Loans:** | 7 |
| **Loan Period:** | 08/24/1993– 12/18/1995 |
| **Total Amount Disbursed:** | $54,500 |

"D"

Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# Supplemental Loan (SLS)

### UNIVERSITY OF MIAMI - SCHOOL OF LAW
OPE ID
00153601



## Your loan balance is $0.

*Loan Information as of 04/30/1998*

LOAN PERIOD ⓘ
08/24/1993 - 05/15/1994

LOAN STATUS ⓘ
Paid-in-Full by Consolidation
View loan status history

INTEREST RATE ⓘ
N/A (variable)

REAFFIRMATION DATE ⓘ
N/A

PSLF CUMULATIVE MATCH MONTHS ⓘ
N/A

Learn more about loan forgiveness





"D"

# Repayment Details

NEXT PAYMENT DUE DATE ⑦ N/A

_Lower my payment_

LAST PAYMENT MADE ON ⑦
N/A

ENTERED REPAYMENT ⑦
11/30/1996

REPAYMENT PLAN ⑦
N/A
_Explore different repayment options_

IDR ANNIVERSARY DATE ⑦
N/A

# Disbursements

12/20/1993                    $10,000

TOTAL AMOUNT          $10,000
DISBURSED
                          Out of $10,000

# Contact Your Service

CITIBANK ELT STUDENT
CORP

🏢  P.O. BOX 6157 SIOUS FAL
     571170000



"O"

Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

*UNIVERSITY OF MIAMI - SCHOOL OF LAW*
OPE ID
00153601



# Your loan balance is $0.

*Loan Information as of 04/06/1998*

**LOAN PERIOD** ⓘ
08/24/1993 - 05/15/1994

**LOAN STATUS** ⓘ
Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⓘ
8.00% (fixed)

**REAFFIRMATION DATE** ⓘ
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⓘ
N/A
Learn more about loan forgiveness



"D"

# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

12/20/1993                    $7,500

TOTAL AMOUNT DISBURSED **$7,500**
                    Out of $7,500

# Contact Your Service

CITIBANK ELT STUDENT CORP

🏢  P.O. BOX 6157 SIOUS FAL 571170000



Dashboard  ▸  Aid Summary  ▸  Loan Details



LOAN TYPE

# Supplemental Loan (SLS)

### *UNIVERSITY OF MIAMI - SCHOOL OF LAW*
OPE ID
00153601

# Your loan balance is $0.

*Loan Information as of 04/30/1998*

**LOAN PERIOD** ⓘ

06/01/1994 - 12/19/1994

**LOAN STATUS** ⓘ

Paid-in-Full by Consolidation

View loan status history

**INTEREST RATE** ⓘ

N/A (variable)

**REAFFIRMATION DATE** ⓘ

N/A

**PSLF CUMULATIVE MATCH MONTHS** ⓘ

N/A

Learn more about loan forgiveness



"D"

# Repayment Details

NEXT PAYMENT DUE DATE ⑦ N/A

Lower my payment

LAST PAYMENT MADE ON ⑦
N/A

ENTERED REPAYMENT ⑦
11/30/1996

REPAYMENT PLAN ⑦
N/A

Explore different repayment options

IDR ANNIVERSARY DATE ⑦
N/A

# Disbursements

| | |
|---|---|
| 08/01/1994 | $5,500 |

TOTAL AMOUNT DISBURSED **$5,500**
Out of $5,500

# Contact Your Service

CITIBANK ELT STUDENT
CORP

🏢 P.O. BOX 6157 SIOUS FAL
571170000



"D"

Dashboard  ▸  Aid Summary  ▸  Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

*UNIVERSITY OF MIAMI - SCHOOL OF LAW*
OPE ID
00153601



# Your loan balance is $0.

*Loan Information as of 04/06/1998*

**LOAN PERIOD** ⓘ
06/01/1994 - 12/20/1994

**LOAN STATUS** ⓘ
✓ Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⓘ
8.00% (fixed)

**REAFFIRMATION DATE** ⓘ
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⓘ
N/A
Learn more about loan forgiveness



"D"

# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

| | |
|---|---|
| 08/04/1994 | $8,500 |

TOTAL AMOUNT DISBURSED **$8,500**

Out of $8,500

# Contact Your Service

CITIBANK ELT STUDENT CORP

🏢 P.O. BOX 6157 SIOUS FAL
571170000



"D"

Dashboard  ▸ Aid Summary  ▸ Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

### *UNIVERSITY OF MIAMI - SCHOOL OF LAW*
OPE ID
00153601



# Your loan balance is $0.

*Loan Information as of 04/06/1998*

**LOAN PERIOD** ⑦
01/09/1995 - 07/24/1995

**LOAN STATUS** ⑦
Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⑦
N/A (variable)

**REAFFIRMATION DATE** ⑦
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⑦
N/A
Learn more about loan forgiveness



## Repayment Details

NEXT PAYMENT DUE DATE ⑦ N/A

Lower my payment

LAST PAYMENT MADE ON ⑦
N/A

ENTERED REPAYMENT ⑦
11/30/1996

REPAYMENT PLAN ⑦
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⑦
N/A

## Disbursements

05/22/1995                          $4,250

12/19/1994                          $4,250

TOTAL AMOUNT DISBURSED  $8,500
Out of $8,500

## Contact Your Service

CITIBANK ELT STUDENT CORP

🏢  P.O. BOX 6157 SIOUS FAL
     571170000



Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# FFELP Stafford Unsubsidized

### *UNIVERSITY OF MIAMI - SCHOOL OF LAW*
OPE ID
00153601



# Your loan balance is $0.

*Loan Information as of 04/06/1998*

LOAN PERIOD ⓘ
01/09/1995 - 07/24/1995

LOAN STATUS ⓘ
Paid-in-Full by Consolidation
View loan status history

INTEREST RATE ⓘ
N/A (variable)

REAFFIRMATION DATE ⓘ
N/A

PSLF CUMULATIVE MATCH MONTHS ⓘ
N/A
Learn more about loan forgiveness



"D"

# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

| | |
|---|---|
| 05/22/1995 | $3,000 |
| 12/19/1994 | $3,000 |
| TOTAL AMOUNT DISBURSED | $6,000 |
| | Out of $6,000 |

# Contact Your Service

CITIBANK ELT STUDENT
CORP

▦ P.O. BOX 6157 SIOUS FAL
571170000



Dashboard ▸ Aid Summary ▸ Loan Details

LOAN TYPE

# FFELP Stafford Subsidized

*UNIVERSITY OF MIAMI - SCHOOL OF LAW*

OPE ID

00153601



# Your loan balance is $0.

*Loan Information as of 04/30/1998*

**LOAN PERIOD** ⑦

08/21/1995 - 12/18/1995

**LOAN STATUS** ⑦

Paid-in-Full by Consolidation

View loan status history

**INTEREST RATE** ⑦

N/A (variable)

**REAFFIRMATION DATE** ⑦

N/A

**PSLF CUMULATIVE MATCH MONTHS** ⑦

N/A

Learn more about loan forgiveness





"O"

# Repayment Details

NEXT PAYMENT DUE DATE ⑦ N/A
_Lower my payment_

LAST PAYMENT MADE ON ⑦
N/A

ENTERED REPAYMENT ⑦
11/30/1996

REPAYMENT PLAN ⑦
N/A
_Explore different repayment options_

IDR ANNIVERSARY DATE ⑦
N/A

# Disbursements

| | |
|---|---|
| 10/19/1995 | $4,250 |
| 08/10/1995 | $4,250 |
| TOTAL AMOUNT DISBURSED | **$8,500** |
| | Out of $8,500 |

# Contact Your Servicer

CITIBANK ELT STUDENT LOAN CORP

🏢 P.O. BOX 6157 SIOUS FALLS, SD 571170000



# Exhibit "E"

## (4 pages)

### FFELP Stafford Subsidized / FFELP Stafford Unsubsidized

### Florida International University

| | |
|---|---|
| **Number of Loans:** | **2** |
| **Loan Period:** | **01/08/1996 – 08/15/1996** |
| **Total Amount Disbursed:** | **$11,473** |

Dashboard  ▸  Aid Summary  ▸  Loan Details

"E"

LOAN TYPE

# FFELP Stafford Subsidized

### FLORIDA INTERNATIONAL UNIVERSITY
OPE ID
00963500



# Your loan balance is $0.

*Loan Information as of 04/30/1998*

**LOAN PERIOD** ⊙
01/08/1996 - 08/15/1996

**LOAN STATUS** ⊙
  Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⊙
N/A (variable)

**REAFFIRMATION DATE** ⊙
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⊙
N/A
Learn more about loan forgiveness



# Repayment Details

NEXT PAYMENT DUE DATE ⓘ N/A

Lower my payment

LAST PAYMENT MADE ON ⓘ
N/A

ENTERED REPAYMENT ⓘ
11/30/1996

REPAYMENT PLAN ⓘ
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⓘ
N/A

# Disbursements

04/29/1996                    $8,500

TOTAL AMOUNT DISBURSED  **$8,500**
                    Out of $8,500

# Contact Your Service

CITIBANK ELT STUDENT CORP

🏢  P.O. BOX 6157 SIOUS FAL 571170000



Dashboard  ▸ Aid Summary  ▸ Loan Details

LOAN TYPE

# FFELP Stafford Unsubsidized

### *FLORIDA INTERNATIONAL UNIVERSITY*
OPE ID
00963500



# Your loan balance is $0.

*Loan Information as of 04/30/1998*

**LOAN PERIOD** ⑦
01/08/1996 - 08/15/1996

**LOAN STATUS** ⑦
Paid-in-Full by Consolidation
View loan status history

**INTEREST RATE** ⑦
N/A (variable)

**REAFFIRMATION DATE** ⑦
N/A

**PSLF CUMULATIVE MATCH MONTHS** ⑦
N/A
Learn more about loan forgiveness



"E"

# Repayment Details

NEXT PAYMENT DUE DATE ⑦ N/A

Lower my payment

LAST PAYMENT MADE ON ⑦
N/A

ENTERED REPAYMENT ⑦
11/30/1996

REPAYMENT PLAN ⑦
N/A
Explore different repayment options

IDR ANNIVERSARY DATE ⑦
N/A

# Disbursements

04/30/1996                      $2,973

TOTAL AMOUNT DISBURSED $2,973
Out of $2.973

# Contact Your Service

CITIBANK ELT STUDENT
CORP

🏢 P.O. BOX 6157 SIOUS FAL
571170000

