UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ANNELI MARIAH NYSTRAND,                    CASE NO.: 21-40006-KKS
                                           CHAPTER: 7
    Debtor.
_____/

ANNELI MARIAH NYSTRAND                     ADV. NO.: 21-04003-KKS

    Plaintiff,
v.

KINGDOM OF SWEDEN,

    Defendant.
_____/

### ORDER GRANTING *PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT WITH US DEPARTMENT OF EDUCATION STUDENT LOAN RECORDS* (ECF NO. 62)

Before the Court is *Plaintiff's Motion for Leave to Supplement Motion for Summary Judgment with US Department of Education Student Loan Records* ("Motion," ECF No. 62). The Motion indicates that Plaintiff contacted counsel for Defendant who opposes the Motion, but to date Defendant has not filed anything in opposition to the Motion.

By way of the Motion, Plaintiff asserts that the supplemental exhibits support factual assertions made in her pending motion for summary

SK

judgment.[1] Pursuant to Fed. R. Civ. P. 56(e), applicable here by Fed. R. Bankr. P. 7056, if a party does not properly support an assertion of fact, the court may: "(1) give an opportunity to properly support or address the fact . . . ."[2] For that reason, it is

ORDERED: *Plaintiff's Motion for Leave to Supplement Motion for Summary Judgment with US Department of Education Student Loan Records (ECF No. 62) is* GRANTED.

DONE and ORDERED on January 31, 2022.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: All parties in interest, including
Anneli Mariah Nystrand
2490 Laurelwood Court
Tallahassee, FL 32308

---

[1] *Plaintiff's Motion for Summary Judgment*, ECF No. 47.
[2] Fed. R. Civ. P. 56(e)(1).

2