FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

| | |
|---|---|
| In Re: Anneli Mariah Nystrand | Bankruptcy Case No.: 21–40006–KKS |
| Anneli Mariah Nystrand<br>Plaintiff(s)<br>vs<br>Kingdom of Sweden<br>Defendant(s) | Adversary Case No.: 21–04003–KKS |

**Notice of Rescheduled Status Conference
via Telephone**

PLEASE TAKE NOTICE that a Status Conference will be held on June 7, 2022, at 10:00 AM, Eastern Time, via CourtCall.

*3* – Amended Complaint by Anneli Mariah Nystrand against Anneli Mariah Nystrand (Re: 1 Complaint). (Attachments: # 1 Amended Adversary Cover Sheet # 2 Exhibit A)(Received by email) (Bolton, E.)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: March 25, 2022

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.