United States Bankruptcy Court

Northern District of Florida

Nystrand,
    Plaintiff

Adv. Proc. No. 21-04003-KKS

Kingdom of Sweden,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 25, 2022 | Form ID: nhstats | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Anneli Mariah Nystrand, 2490 Laurelwood Court, Tallahassee, FL 32308-4286 |
| dft | | Kingdom of Sweden, Centrala Studiesstodsnamnden (CSN), Norre Tjarngatan 2, 852 37 Sundsvall, Sweden |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison Friedman | on behalf of Defendant Kingdom of Sweden ralfriedman@hotmail.com |
| Anneli Mariah Nystrand | on behalf of Plaintiff Anneli Mariah Nystrand anneli@nystrandlaw.com |

TOTAL: 2

FORM nhstats (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re: Anneli Mariah Nystrand          Bankruptcy Case No.: 21−40006−KKS

---

     Anneli Mariah Nystrand          Adversary Case No.: 21−04003−KKS
     Plaintiff(s)

vs

     Kingdom of Sweden
     Defendant(s)

---

**Notice of Rescheduled Status Conference
via Telephone**

---

    PLEASE TAKE NOTICE that a Status Conference will be held on June 7, 2022, at 10:00 AM, Eastern Time, via CourtCall.

    *3* − Amended Complaint by Anneli Mariah Nystrand against Anneli Mariah Nystrand (Re: 1 Complaint). (Attachments: # 1 Amended Adversary Cover Sheet # 2 Exhibit A)(Received by email) (Bolton, E.)

    PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: March 25, 2022                    FOR THE COURT
                                               Traci E. Abrams, Clerk of Court
                                               110 E. Park Ave., Ste. 100
                                               Tallahassee, FL 32301

**SERVICE:** Service by the Court pursuant to applicable Rules.

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at
http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.