UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ANNELI MARIAH NYSTRAND,   CASE NO.: 21-40006-KKS
　　　　　　　　　　　　　　　　　CHAPTER: 7

　　Debtor.
　　　　　　　　　　　　　　　　/

ANNELI MARIAH NYSTRAND   ADV. NO.: 21-04003-KKS

　　Plaintiff,

 v.

KINGDOM OF SWEDEN,

　　Defendant.
　　　　　　　　　　　　　　　　/

### ORDER GRANTING, IN PART, *PLAINTIFF'S MOTION FOR THE COURT TO SCHEDULE MEDIATION AND APPOINT MEDIATOR* (ECF NO. 79)

THIS MATTER is before the Court on *Plaintiff's Motion for the Court to Schedule Mediation and Appoint Mediator* ("Motion," ECF No. 79), currently scheduled for hearing on Tuesday, April 19, 2022. To date, no response is filed.

Pursuant to this Court's *Order Abating Adversary Proceeding*,[1]

---

[1] ECF No. 75.

SK

Plaintiff requests that the Court grant the motion and "[d]etermine . . . whether counsel for Kingdom of Sweden, Ms. Allison Friedman, has full settlement authority on behalf" of Defendant. After consideration of the Motion, it is

ORDERED:

1. *Plaintiff's Motion for the Court to Schedule Mediation and Appoint Mediator* (ECF No. 79) is GRANTED, in part, to require the parties to attend mediation. The Court will enter a separate mediation order.

2. All other relief requested in the Motion is DENIED.

3. The hearing on the Motion, currently scheduled for Tuesday, April 19, 2022, is CANCELED.

DONE and ORDERED on April 13, 2022.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: All parties in interest, including
Plaintiff, Anneli Mariah Nystrand
2490 Laurelwood Court
Tallahassee, FL 32308