UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ANNELI MARIAH NYSTRAND,  CASE NO.: 21-40006-KKS
　　　　　　　　　　　　　　　CHAPTER: 7
　　Debtor.
_____/

ANNELI MARIAH NYSTRAND   ADV. NO.: 21-04003-KKS

　　Plaintiff,
v.

KINGDOM OF SWEDEN,

　　Defendant.
_____/

## ORDER REQUIRING MEDIATION

On February 14, 2022, the Court entered the *Order Abating Adversary Proceeding*.[1] On March 24, 2022, Plaintiff filed a motion requesting mediation, which the Court has now granted.[2] It is

ORDERED:

1. Plaintiff, Anneli Mariah Nystrand, and Counsel for Defendant

---

[1] ECF No. 75.
[2] *Plaintiff's Motion for the Court to Schedule Mediation and Appoint a Mediator*, ECF No. 79; *Order Granting Plaintiff's Motion for the Court to Schedule Mediation and Appoint a Mediator*, ECF No. 84.

SK

are directed to confer (see N.D. Fla. Loc. R. 7.1(B)) regarding selection of a mediator and file a Notice with this Court within twenty-one (21) days from entry of this Order containing the name of the mediator the parties have selected to mediate the issues in this case.

2. If Plaintiff and Defendant cannot agree on a mediator, then they shall provide the Court with three (3) names of potential mediators. The Court will enter an order appointing one of the persons named by the parties or will select a mediator on its own.

3. No later than sixty (60) days from the date the Court enters an order appointing a mediator, subject to the mediator's schedule, Plaintiff and Defendant shall participate in a formal mediation. All participants in mediation shall have requisite settlement authority.

4. Mediation may be conducted in person, via Zoom, or by any other videoconferencing platform agreed upon by the parties and the mediator.

5. Mediation shall be governed by the standards of professional conduct set forth in the Florida rules for certified and court-

appointed mediators and shall have judicial immunity in the same manner and the same extent as a judge.

6. Each participant shall pay a pro-rata share of the mediator's fee and any other costs and expenses of mediation.

DONE and ORDERED on April 13, 2022.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: All parties in interest, including
Plaintiff, Anneli Mariah Nystrand
2490 Laurelwood Court
Tallahassee, FL 32308