**MODIFIED BY THE COURT**
May 25, 2022
Date

Karen K. Specie
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 21-400006-KKS
CHAPTER 7

In Re: ANNELI NYSTRAND,

    Debtor.
_____/

ANNELI NYSTRAND,          ADV. CASE NO.: 21-4003

    Plaintiff,
v.
KINGDOM OF SWEDEN,

    Defendant.
_____/

## ORDER GRANTING *KINGDOM OF SWEDEN'S UNOPPOSED MOTION TO CONTINUE JUNE 7, 2022 STATUS CONFERENCE* (DE90)

THIS CASE having come before this Court on the *Kingdom of Sweden's Unopposed Motion to Continue June 7, 2022 Status Conference* (DE 90), and the Court having the benefit of agreement between the parties and being otherwise advised in the Premises, it is

IT IS ORDERED that the Motion is granted and the Court shall reset the June 7, 2022 status conference by separate notice on the Court's next available docket.

DONE AND ORDERED on  May 25, 2022  .

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

This Order was prepared by Allison L. Friedman, Esq. who is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order. (Modified in Chambers)